UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
*filed electronically*

| | |
|---|---|
| SHEILA ROBEY, AS NEXT FRIEND OF THE ESTATE OF HELEN ROBEY, DECEASED<br><br>PLAINTIFF<br><br>v.<br><br>THE EVANGELICAL LUTHERAN GOOD SAMARITAN SOCIETY, INC., d/b/a GOOD SAMARITAN SOCIETY-JEFFERSONTOWN<br><br>CLAUDE MAPP, IN HIS CAPACITY AS ADMINISTRATOR OF GOOD SAMARITAN SOCIETY – JEFFERSONTOWN<br><br>AND JOHN DOES 1 THROUGH 3, UNKNOWN DEFENDANTS<br><br>DEFENDANTS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 3:17CV-00438-JHM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF REMOVAL**

Defendant, The Evangelical Lutheran Good Samaritan Society, Inc., d/b/a Good Samaritan Society- Jeffersontown (hereinafter "Good Samaritan"), gives notice of removal of the civil action captioned *Sheila Robey, as Next Friend of the Estate of Helen Robey, Deceased v. The Evangelical Lutheran Good Samaritan Society, Inc., d/b/a Good Samaritan Society-Jeffersontown, Claude Mapp, in his capacity as Administrator of Good Samaritan Society-Jeffersontown, and John Does 1 through 3*, Case No. 17-CI-003434, Div. 5, from the Circuit Court of Jefferson County, Kentucky to the United

States District Court for the Western District of Kentucky, at Louisville. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. Good Samaritan states the following grounds for the removal:

1. Plaintiff commenced this action by a Complaint, filed June 30, 2017 in the Circuit Court of Jefferson County, Kentucky.

2. Good Samaritan was served with a copy of the Complaint and Summons on July 6, 2017. To the best of Good Samaritan's knowledge, no Defendant in this action has been properly served. Claude Mapp is no longer the Administrator at Good Samaritan, nor is Mr. Mapp employed by Good Samaritan. Mr. Mapp is no longer a resident of Kentucky, as it is Good Samaritan's understanding that Mr. Mapp moved away from Kentucky to accept other employment. An Affidavit for Mr. Mapp is hereby affixed as Exhibit "A".

3. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served on or otherwise received by Good Samaritan are attached hereto as Exhibit "B."

4. This Notice of Removal is timely under 28 U.S.C. § 1446(b), which provides that the notice of removal of a civil action "shall be filed within thirty (30) days after receipt by the Defendant through service or otherwise, of a copy of the initial pleading."

5. This is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332 and which may be removed under 28 U.S.C. §§ 1441 and 1446, because the parties are citizens of different states and the amount in controversy exceeds the sum of $75,000 in the aggregate, exclusive of interest and costs.

6. The named Plaintiff is a resident citizen of the State of Kentucky, he is operating in his capacity as Next Friend of the estate of Helen Robey.

7. Good Samaritan is a corporation organized under the laws of North Dakota, with its corporate office located in Sioux Falls, South Dakota. Claude Mapp is a former Administrator at Good Samaritan, but no longer works for Good Samaritan, and is, at the time of the filing of this action, a resident of Tennessee. Thus, there is complete diversity between the parties.

8. Plaintiff, in her Complaint, alleges damages "exceeding that required for federal court jurisdiction in diversity of citizenship cases." Complaint at ¶¶ 28, 34, 42, 56, 60.

9. By filing this Notice of Removal, Good Samaritan does not waive, either expressly or impliedly, its respective rights to assert any defense that could have been asserted in the Circuit Court of Jefferson County, Kentucky.

10. Undersigned counsel will promptly give notice of the filing of this Notice of Removal to all parties and will also file a copy of this Notice of Removal with the Clerk of the Jefferson Circuit Court as required by 28 U.S.C. § 1446(d).

WHEREFORE, this Court has jurisdiction pursuant to 28 U.S.C. § 1332, and removal is appropriate pursuant to 28 U.S.C. §§ 1441 and 1446.

Respectfully submitted,

/s/ Christopher A. Melton
Christopher A. Melton
Donald J. Kelly
Julie A. Laemmle
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky 40202-2898
502.589.5235
502.589.0309 fax
cmelton@wyattfirm.com
dkelly@wyattfirm.com
jlaemmle@wyattfirm.com

*Counsel for Good Samaritan Society*

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing has been filed through the ECF system and served upon the following, by mail and notice of electronic filing, on this the 21st day of July, 2017:

Kevin Hackworth
WILKES & McHUGH, P.A.
429 North Broadway
PO Box 1747
Lexington, KY 40588-1747
*Counsel for the Plaintiff*

/s/ Christopher A. Melton
Christopher A. Melton

61648715.1