UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CIVIL ACTION NUMBER 3:17CV-438-JHM

SHEILA ROBEY, as ADMINISTRATRIX of the        PLAINTIFF
ESTATE OF HELEN ROBEY, deceased,

vs.                     **ORDER**
            **GRANTING MOTION TO REMAND**

THE EVANGELICAL LUTHERAN
GOOD SAMARITAN SOCIETY, INC., ET AL.        DEFENDANTS

    This matter having come before the Court upon the Plaintiff's Motion to Remand, pursuant to 28 U.S.C. §1447(c), the Court having reviewed the parties pleadings, and being otherwise sufficiently advised;

    **IT IS HEREBY ORDERED**, that the Plaintiff's motion is **GRANTED**.  Because there is a lack of complete diversity of citizenship between the Plaintiff and every party-Defendant, the Court lacks subject matter jurisdiction pursuant to *Caterpillar Inc. v. Lewis*, 519 U.S. 61, 68 (1996).  Accordingly, this matter shall be remanded to the Circuit Court of Jefferson County, Kentucky for further proceedings.

Joseph H. McKinley, Jr., Chief Judge
United States District Court

August 29, 2017

Tendered by:

/s/ P. Kevin Hackworth,
P. Kevin Hackworth, Esq.
**WILKES & McHUGH, P.A.**
429 North Broadway
P.O. Box 1747
Lexington, KY 40588-1747
khackworth@wilkesmchugh.com
*Counsel for Plaintiff*


Copies to:  Counsel of record
            Jefferson Circuit Court Clerk